# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: KKLEIN@OLSHANLAW.COM
DIRECT DIAL: 212.451.2239

November 24, 2020

VIA ECF AND EMAIL

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re: *Reliability Incorporated ("Reliability") v. Doki, et al.*, 20 Civ. 7109 (KPF) (SN)

Dear Judge Failla:

We write on behalf of Plaintiff Reliability pursuant to Rules 2.D and 4.A. of Your Honor's Individual Rules of Practice in Civil Cases. On November 20, 2020, Defendants filed a letter (Dkt. No. 16) (the "Letter") requesting a pre-motion conference for a motion for sanctions and/or a waiver of the Court's rule requiring a pre-motion conference.

Plaintiff requests an extension of the time to respond to that Letter from November 25, 2020 to December 2, 2020, in light of the upcoming holiday and other conflicting obligations. This is Plaintiff's first request for an adjournment. Defendants have consented to the requested extension.

Respectfully submitted,

*/s/ Kerrin T. Klein*

Kerrin T. Klein

Cc: All Counsel of Record (via ECF and e-mail)

Application GRANTED.

Dated:   November 24, 2020
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE